**CRIMINAL CASE COVER SHEET**         **U.S. DISTRICT COURT**

Complete entire form

**Place of Offense:**       **Related Case Information:**

City **Amory**      Superseding Indictment _____ Case Number _____

County **Monroe**      Same Defendant _____ New Defendant _____

RECEIVED JUL 20 2022 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI

Magistrate Judge Case Number **3:22mj00029-RP**

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number **1:22CR077-DMB**

**Defendant Information:**

Juvenile: ☐ Yes ☑ No     If yes, Matter to be sealed: ☐ Yes ☐ No

Defendant Name **Toshemie Wilson**

Alias Name _____

Address **Okolona, MS 38860**

DOB **1975**    SS# **xxx-xx-1495**    Sex **M**    Race **B**    Nationality **US**

Represented by: **William F. Wheeler, Jr. and James Roger Franks, Jr.**

Interpreter: ☐ Yes ☑ No     List Language and/or dialect: _____

**Location Status:**

Arrest Date **7/13/2022**

☑ Already in Federal Custody as of **7/13/2022** (Date) in **Lafayette County Detention Center, Oxford** (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts **10**    ☐ Petty    ☐ Misdemeanor    ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 **18:2251.F** | Sexual Exploitation of Children | 10 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

**U.S. Attorney Information:**    AUSA **Parker S. Kline**    Bar # **102499**

Date: **7/19/22**    Signature of AUSA _[signature]_

**District Court Case Number:**
(To be entered by Clerk)     **1:22cr77**