# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  NO. 1:22-CR-77

TOSHEMIE WILSON

## EXHIBIT LIST

| Presiding Judge Debra M. Brown | | | | Attorney for Government Parker King | Attorney for Defendant Victoria Washington |
|---|---|---|---|---|---|
| Date 5/29/2024 | | | | Court Reporter Brenda Blackburn | Courtroom Deputy LaToya L. Davis |
| Gov. | Def. | Offered | Marked | Admitted | Description of Exhibits |
|  | 1 | 5/29/24 |  | X | North Mississippi Medical Center (NMMC-Pontotoc) medical records dated 9/6/2023 and 9/8/2023 (2 pages) |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |